## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Marcia M. Henry**            DATE:  **3/9/23**

DOCKET NUMBER:   **23CR107(MKB)**             Log #:  **11:28– 11:58**

DEFENDANT'S NAME:   **Amaury Guzman**
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   **Winston Paes**
   ___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A:  **Andres Palacio**            CLERK:  **Felix Chin**

INTERPRETER:  **Miguel Almonte**      (Language)  **Spanish**

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **3/9/23** Stop **4/27/23**

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **4/27/23** @ **10:45** before Judge **Brodie**

Other Rulings: **Dfse counsel presented a bail package of $100,000 with 3 sureties; govt opposed based on risk of flight + danger to the community; court denied the application. Order of detention remains in effect.**