*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

Admitted in NY and NJ

June 13, 2023

**VIA: ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Junior Marmol Duran
    23 Cr 107 (MKB)

Dear Judge Block,

Please be advised that I previously informed AUSA Palacio that Mr. Duran was prepared to enter a plea of guilty in this matter.  I visited Mr. Duran Thursday, the day the information was filed, and there are some issues that arose which will delay his guilty plea. Mr. Palacio and I plan to work diligently to move this case forward. Thank you.

Respectfully submitted,

By:    /s/*Samuel Gregory//*
       Law Office of Samuel Gregory
       16 Court Street, Suite 3500
       Brooklyn, New York 11201
       Tel: 718-222-2992/718-360-6243
       Email: Sam@samgregory.com

       *Attorney for Junior Marmol Duran*

Cc: The Hon. Margo K. Brodie (by ECF)

Clerk of Court (MKB) (by ECF)
AUSA Palacio (by ECF)