*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

June 23, 2023

**VIA: ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Junior Marmol Duran
    23 Cr 107 (MKB)

Dear Judge Brodie,

    Please be advised that I am requesting that the Court exclude time on this matter till mid-August. There are two reasons for this request. First, notwithstanding that I have met with and have had numerous legal calls with Mr. Duran, he needs further counseling to fully appreciate the facts and circumstances in his case. I have had at least eight to ten conversations with Mr. Duran's family and I continue to keep them engaged. The second reason for this request is that I will be away from June 26th through July 21. Mr. Duran is aware that I will be away and he consents to this request.

    I have discussed this request with AUSA Palacio and he consents.

Respectfully submitted,

By:     /s/*Samuel Gregory*//
        Law Office of Samuel Gregory
        16 Court Street, Suite 3500
        Brooklyn, New York 11201

Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Junior Marmol Duran*

Cc: The Hon. Margo K. Brodie (by ECF)
Clerk of Court (MKB) (by ECF)
AUSA Palacio (by ECF)