# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Vera M. Scanlon    DATE: 6/26/2023

DOCKET NUMBER: 23CR107(MKB)    FTR #: 2:32 - 2:47

DEFENDANT'S NAME: Amaury Guzman   ✓ Custody ___ Bail
X Present ___ Not Present

DEFENSE COUNSEL: Charles Vargas
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A.: Andres Palacio    CLERK: M. Sica

INTERPRETER: Nicolas Penchiaszadeh (Language) Spanish

✗ Defendant arraigned on the: ___ indictment ✗ superseding indictment (S-2) ___ probation violation

✗ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

___ Bond set at _____
___ Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
✓ Order of Excludable Delay/Speedy Trial entered. Start 6/26/23 Stop 6/27/23

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.
✓ Status conference set for 6/27/23 @ 10:30 before Judge Brodie

Other Rulings: _____