

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AP/GP | *271 Cadman Plaza East* |
| F. #2023R00220 | *Brooklyn, New York 11201* |

January 3, 2024

<u>By ECF</u>

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Amaury Guzmán, <u>et al.</u>
                <u>Criminal Docket No. 23-107 (S-3) (MKB)</u>

Dear Judge Brodie:

        The government writes to inform the Court that the Attorney General has authorized and directed this Office not to seek the death penalty against defendants Amaury Guzmán and Jonathan Rodríguez.

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

        By:           /s/
                    Andrés Palacio
                    Gabriel Park
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (MKB) (by ECF)
       Counsel of Record (by ECF)